PEARSON, J.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| TERESA WHITE, *etc.*, | ) | |
| | ) | CASE NO.  5:17CV2004 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| EDWARD D. JONES CO., L.P., | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

On February 20, 2018, the Court was informed by Kevin F. Gaffney , one of the attorneys for Defendant, that the parties have reached a settlement.  Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before April 6, 2018, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

The Telephonic Status Conference set on February 21, 2018 is cancelled.

IT IS SO ORDERED.

 February 20, 2018                       */s/ Benita Y. Pearson*
Date                                      Benita Y. Pearson
                                            United States District Judge